**SEALED**
PUBLIC AND UNOFFICIAL STAFF ACCESS TO THIS INFORMATION ARE PROHIBITED BY COURT ORDER.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 14 2025

NATHAN OCHSNER
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs | § | B-25-144-MJ |
| LEONARDO BAEZ | § | |
| NORMA ALICIA AVILA-GUEL | § | |

### MOTION TO SEAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States Attorney for the Southern District of Texas, by and through Angel Castro, Assistant United States Attorney, and files this Motion to Seal the complaint and to seal this motion and order, and respectfully would show unto the Court as follows:

The defendants are unarrested. The United States requests that this Honorable Court Seal the above-captioned complaint and to seal this motion and order.

WHEREFORE, PREMISES CONSIDERED, the United States hereby prays that its motion in all matters be granted.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*s/ Angel Castro*
ANGEL CASTRO
Assistant U.S. Attorney
Fed Bar No. 11415
State Bar No. 03997340
600 E. Harrison, Ste. 201
Brownsville, TX
Ph: (956) 983-6008