**SEALED**
PUBLIC AND UNOFFICIAL STAFF ACCESS TO THIS INFORMATION ARE PROHIBITED BY COURT ORDER.

United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | B-25-144-MJ |
| LEONARDO BAEZ | § | |
| NORMA ALICIA AVILA-GUEL | § | |

### SEALED ORDER

On this date came on to be considered the Motion of the United States in the above-styled and numbered cause to seal the complaint, motion to seal and order. It appearing to the Court that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** that the complaint, Motion to Seal, and Order in this cause be sealed, except as otherwise provided below;

**IT IS FURTHER ORDERED** that all of the documents referred to above may be unsealed at such time as the defendants charged in this cause have been arrested without further order from this Court.

DONE at Brownsville, Texas, this the ____14th____ day of February 2025.

IGNACIO TORTEYA, III
UNITED STATES MAGISTRATE JUDGE