United States District Court
Southern District of Texas
**ENTERED**
February 20, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 1:25−mj−00144 |
| § | |
| Leonardo Baez, Nora Alicia Avila−Guel § | |

## ORDER APPOINTING COUNSEL

Because the Material Witness(es), Roberto Ibarra Otero and Gerardo Emmanuel Sanchez Martinez, has/have testified under oath or has/have otherwise satisfied this Court that (s)he is/are financially unable to employ counsel and does/do not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this/these person(s) in the above designated case.

**Attorney appointed: David P. Willis**

If this case subsequently proceeds to the United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed or makes an appearance.

Signed on February 20, 2025.

Karen Betancourt
United States Magistrate Judge