AO 458 (Rev. 06/09) Appearance of Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 20 2025

NATHAN OCHSNER
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

~~Leonardo~~ United States )
Plaintiff )
v. )   Case No. 25 MJ 144-02
Nora Alicia Avila Guerr( )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nora Alicia Avila Guer

Date: 2/20/25

_____
J. M
*Attorney's signature*

Jaime Diez
*Printed name and bar number*

P.O. Box 3070 Brow TX 78523
*Address*

JaimeDiez1@gmail.com
*E-mail address*

(956) 544-3065
*Telephone number*

_____
*FAX number*