# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                         Case Number: 1:25−mj−00144

Leonardo Baez
Nora Alicia Avila−Guel

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ignacio Torteya, III

**PLACE:**

United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

**DATE:** 2/28/2025

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference


Date:    February 25, 2025

                                                      Nathan Ochsner, Clerk